**Ex. A-6**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | PLAINTIFF First Name | PLAINTIFF Middle Name | PLAINTIFF Last Name | PLAINTIFF Suffix | Relationship to 9/11 Decedent | SOLATIUM DAMAGES AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Otis | Vincent | Tolbert | Amanda | Nicole | Tolbert |  | Child | $8,500,000.00 |
| 2. | Otis | Vincent | Tolbert | Anthony | Julian | Tolbert |  | Child | $8,500,000.00 |
| 3. | Otis | Vincent | Tolbert | Brittany | Lee | Tolbert |  | Child | $8,500,000.00 |
| 4. | Otis | Vincent | Tolbert | Shari | Lee | Tolbert |  | Spouse | $12,500,000.00 |

**TOTAL** $38,000,000.00