**Ex. B-12**

Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Anthony | | Alvarado | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Victoria | | Alvarez-Brito | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Scott | Daniel | Bart | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Ronald | Paul | Bucca | | | $2,000,000.00 | $2,000,000.00 |
| 5. | David | Gary | Carlone | | $3,607,825.00 | $2,000,000.00 | $5,607,825.00 |
| 6. | Steven | Paul | Chucknick | | $3,825,361.00 | $2,000,000.00 | $5,825,361.00 |
| 7. | Alex | F. | Ciccone | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Jerry | Don | Dickerson | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Jeffrey | | Dingle | | | $2,000,000.00 | $2,000,000.00 |
| 10. | Christopher | Michael | Duffy | | | $2,000,000.00 | $2,000,000.00 |
| 11. | Lee | Stanley | Fehling | | | $2,000,000.00 | $2,000,000.00 |
| 12. | Paul | Matthew | Fiori | | | $2,000,000.00 | $2,000,000.00 |
| 13. | Dennis | James | Gomes | | | $2,000,000.00 | $2,000,000.00 |
| 14. | Douglas | Darrell | Ketcham | | | $2,000,000.00 | $2,000,000.00 |

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 15. | Amy |  | King |  |  | $2,000,000.00 | $2,000,000.00 |
| 16. | Frederick |  | Kuo | Jr. |  | $2,000,000.00 | $2,000,000.00 |
| 17. | Elena | Fernanda | Ledesma |  |  | $2,000,000.00 | $2,000,000.00 |
| 18. | Stephen | Vincent | Mulderry |  |  | $2,000,000.00 | $2,000,000.00 |
| 19. | Laurence | Florian | Nedell |  |  | $2,000,000.00 | $2,000,000.00 |
| 20. | Richard | Al | Penny |  |  | $2,000,000.00 | $2,000,000.00 |
| 21. | William | Howard | Pohlmann |  |  | $2,000,000.00 | $2,000,000.00 |
| 22. | Scott | A. | Powell |  |  | $2,000,000.00 | $2,000,000.00 |
| 23. | Thomas | Michael | Regan |  | $9,293,281.00 | $2,000,000.00 | $11,293,281.00 |
| 24. | Stephen |  | Roach |  |  | $2,000,000.00 | $2,000,000.00 |
| 25. | Richard | Lawrence | Salinardi | Jr. |  | $2,000,000.00 | $2,000,000.00 |
| 26. | Edward | W. | Schunk |  |  | $2,000,000.00 | $2,000,000.00 |
| 27. | Davis | Grier | Sezna | Jr. |  | $2,000,000.00 | $2,000,000.00 |
| 28. | Paul | Albert | Skrzypek |  |  | $2,000,000.00 | $2,000,000.00 |
| 29. | James | Joseph | Suozzo |  |  | $2,000,000.00 | $2,000,000.00 |

|  | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 30. | Kip |  | Taylor |  |  | $2,000,000.00 | $2,000,000.00 |
| 31. | Jacqueline |  | Young |  |  | $2,000,000.00 | $2,000,000.00 |
| **TOTALS** |  |  |  |  | $16,726,467.00 | $62,000,000.00 | $78,726,467.00 |