# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212-278-1569

*Via ECF*  December 7, 2023

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| U.S. District Judge | U.S. Magistrate Judge |
| United States District Court | United States District Court |
| Southern District of New York | Southern District of New York |
| Daniel P. Moynihan U.S. Courthouse | Thurgood Marshall United States Courthouse |
| 500 Pearl Street | 40 Foley Square, Room 430 |
| New York, NY 10007 | New York, NY 10007 |

Re: *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570
*DeRubbio, et al. v. Islamic Republic of Iran*, No. 18-cv-05306; *Morris, et al. v. Islamic Republic of Iran*, No. 18-cv-05321; *Ades, et al. v. Islamic Republic of Iran*, No. 18-cv-07306; *Kim, et al. v. Islamic Republic of Iran*, No. 18-cv-11870; *Jimenez, et al. v. Islamic Republic of Iran*, No. 18-cv-11875; *Rivelli, et al. v. Islamic Republic of Iran*, No. 18-cv-11878; *Aamoth, et al. v. Islamic Republic of Iran*, No. 18-cv-12276; *Hemenway, et al. v. Islamic Republic of Iran*, No. 18-cv-12277; *Bernaerts, et al. v. Islamic Republic of Iran*, No. 19-cv-11865; *Aron, et al. v. Islamic Republic of Iran*, No. 20-cv-09376; *Hargrave, et al. v. Islamic Republic of Iran*, No. 20-cv-09387; *Asaro, et al. v. Islamic Republic of Iran*, No. 20-cv-10460; *Bianco, et al. v. Islamic Republic of Iran*, No. 20-cv-10902*; Amato, et al. v. Islamic Republic of Iran*, No. 21-cv-10239; *King, et al. v. Islamic Republic of Iran*, No. 22-cv-05193 – Report & Recommendation ECF No. 9449 – No Objections

Dear Judge Daniels and Magistrate Judge Netburn:

I write today on behalf of plaintiffs in the above-captioned cases in connection with the Court's Report & Recommendation, dated November 28, 2023. ECF No. 9449. Plaintiffs write to inform the Court that they will not object to or seek reconsideration of the Report & Recommendation and respectfully request that the Court enter final judgments in favor of the plaintiffs in accordance with the Report & Recommendation.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.

*Attorney for the Plaintiffs*

cc: All MDL Counsel of Record (via ECF)

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA
docs-100656780.1